5:04-0803

RECEIVED
JUL 27 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

FILED
AUG - 2 2004
7/31/04
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy
Southern District of W...

To whom this may Concern.

My name is Angel Morales Registered Number 10907-055. On July 1, 2004. I was called to the Captain office. Well I worked in the Captain office, I was called to come in. And when I got there there were a LT and the Captain, I thought something had happened. But Captain Hutchings started telling me did I wrote the Chaplain up. And I answered yes, Sir I did. Captain Hutching ordered me to discontinued the Remedy. When I Refuse Captain Hutchings got every upset and told me I give you 15 second to disregarded the Remedy, I told him I couldn't do that Sir. He addressed me as considered yourself fired. Then I told him yes, Sir. Then Captain Hutching ask me again to drop the claim. I told him I can't do that Sir. He said I'm sick and tired of you guys Crap and believes. You will drop the Remedy or you will go to Special Housing. Then I Refuse he send me to the (SHU) Special Housing. Then he said I can send you to the next bus to California. I told him he had work to do. So Captain Hutching left me in Special Housing for one night. The next day I got out Captain Hutchings send for me. And told me to think about the Remedy and he will give me my old Job back if I drop the Remedy. Again I thought Captain Hutching would send me to the (SHU) Special Housing. Instead I went back to my unit. But I lost my Cell and they put me on a 12 men Duble living Quarter. I'm afraid for what Captain Hutching is going to do when

Captain Hutching found out that I said to the Region, the 10 and the nine explaining to the Region, what had happened. I know soon I will go back to the Special Housing, against my will. But there is nothing I can do about it. It seems to me if you weight one of the staff member for what they did they punish you.

I will like for you to take this on consideration acknolised what had happened to me as a retaliation from Captain Hutching. I am scared that they will plan something in my locker so they can have a reason to mis-trenth in the (SHU) or in Special Housing. I thought that the remedy was the right of the prisiner to filled. I still can't understand why they had send me to the (SHU). The Captain never gave me a shot or an explanation or what ever it takes to tell me why I was going to the (Shu). Just because I filled up a remedy against them. I hope you can help me. In 14 month I have been here I never disrespected anyone, not even a Inmate. I mind my bussiness and stay out of the way. I do my work, plus I help the GED teachers on my own time with the Spanish speaking inmates. plus I give the Spanish classes and never had disrespected the teachers or anyone. I don't understand why Captain Hutching will retaliate against me like Captain Hutching did.

I would like for you notify this letter and send it back to me. Just in case something bad happened to me here. I also would like for you to help me with my transfer closer to here or as close as you can to Rochester N.Y. He World abuse his Athority Against me and I would like to leave here. Before Captain Hutchings will do something bad to me. He doesn't care for the wellbeing of a Inmate here. Is like he said put that in your Remedy. I can't sleep because I don't know if they will come and put me back in Special Housing. I get to be looking over my back. Just incase Captain Hutchings send for me. I would I Appreciated If you can help me please.

Sincerly

Anibal McKinles 10907-055

Thank you very much

Name: Ariel Murales
Reg. #: 10907-055
Federal Correctional Institution - Beckley
P.O. Box 350
Beaver, WV 25813

Legal Mail

To: Teresa L. Deppner
Clerk of the District Court
PO Box Drawer 5009
Beckley, WV 25801




25801475000